```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 20356
   LEONDRA BRITTEN SR
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-2155


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/25/2004 and was confirmed 07/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  18.48% from remaining funds.

     The case was paid in full 01/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
NUVELL CREDIT CO LLC       SECURED          10000.00       1000.15       10000.00
NUVELL CREDIT CO LLC       UNSECURED        10408.23           .00        1923.23
IL STATE DISBURSEMENT UN   PRIORITY        NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED          730.00           .00         134.89
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY     NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED         1821.02           .00         336.49
FBCS INC                   NOTICE ONLY     NOT FILED           .00             .00
DEPT OF VETERAN AFFAIRS    UNSECURED       NOT FILED           .00             .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED           .00             .00
CBCS                       NOTICE ONLY     NOT FILED           .00             .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                          920.24
DEBTOR REFUND              REFUND                                           103.94

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  17,118.94

PRIORITY                                              .00
SECURED                                         10,000.00
    INTEREST                                     1,000.15
UNSECURED                                        2,394.61
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                               920.24
DEBTOR REFUND                                      103.94
                        --------------      --------------
TOTALS                   17,118.94              17,118.94
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 20356 LEONDRA BRITTEN SR

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE